RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 7/17/09
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| CITY OF MONROE | CIVIL ACTION NO. 09-0394 |
|---|---|
| VERSUS | JUDGE ROBERT G. JAMES |
| HERBERT OTWELL, ET AL. | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the Motion to Dismiss [Doc. No. 6] filed by the Firefighter Defendants is **GRANTED**, and that Plaintiff's complaint for declaratory relief against Defendants Harold Arrant, Peter Bacle, Timothy Dickerson, Carl Dunn, Charles Finkbeiner, William Finkbeiner, Larry Maxie, Ralph May, Mark McConaughey, Charles McGuire, Michael Meeks, Harold Moore, Bryan Nugent, James Parrott, David Ponthieux, Daniel Saterfield, James Tate, Edgar Wink, R.V. Wallace, and David Wallace is hereby **DISMISSED, without prejudice.** Fed.R.Civ.P. 12(b)(1).

MONROE, LOUISIANA, this 17 day of July, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE