RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 8/26/09
BY SD

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | | |
|---|---|---|
| **CITY OF MONROE** | * | **CIVIL ACTION NO. 09-0394** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **HERBERT OTWELL, ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that Plaintiff City of Monroe's complaint against all remaining Defendants is hereby **DISMISSED, without prejudice**, for lack of subject matter jurisdiction. Fed. R. Civ. P. 12(h)(3).

MONROE, LOUISIANA, this 26 day of August, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE